UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-23440 |
| CARMEN KINSEY, | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **December 8, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

KinseyNFRCrtSrv

SERVICE LIST
CARMEN KINSEY, DEBTOR
CASE NO. 12-23400

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Carmen Kinsey
6031 Elm Lane
Matteson, IL 60443

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte NC 28272-1083

East Bay Funding LLC
its successors and assigns as assignee
of Roundup Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603-0587

KinseyTFRSrvList

1