UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Carmen Kinsey § Case No. 12-23440
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00  *(Without deducting any secured claims)* | Assets Exempt: 137,191.70 |
| Total Distributions to Claimants: 5,216.60 | Claims Discharged Without Payment: 168,995.02 |
| Total Expenses of Administration: 1,428.40 | |

3) Total gross receipts of $ 6,645.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,645.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 116,507.67 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,428.40 | 1,428.40 | 1,428.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,652.50 | 9,051.45 | 9,051.45 | 5,216.60 |
| **TOTAL DISBURSEMENTS** | $ 165,160.17 | $ 10,479.85 | $ 10,479.85 | $ 6,645.00 |

4) This case was originally filed under chapter 7 on 06/08/2012 . The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/24/2017         By:/s/STEVEN R. RADTKE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ladies 14KYLG Diamond Engagement Ring, Tiffany Mount | 1229-000 | 6,645.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,645.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Home Equity P.O. Box 4622 Waterloo, IA 50704 | | 10,112.67 | NA | NA | 0.00 |
| | GMAC Mortgage Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | 106,395.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 116,507.67** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,414.50 | 1,414.50 | 1,414.50 |
| STEVEN R. RADTKE | 2200-000 | NA | 3.90 | 3.90 | 3.90 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,428.40 | $ 1,428.40 | $ 1,428.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 4060 Ogletown/Stanton Rd. Newark, DE 19713 |  | 11,549.00 | NA | NA | 0.00 |
|  | Bank of America 4060 Ogletown/Stanton Rd. Newark, DE 19713 |  | 10,860.00 | NA | NA | 0.00 |
|  | Capital One Bank Attn: C/O TSYS Debt Management P.O. Box 5155 Norcross, GA 30091 |  | 1,606.00 | NA | NA | 0.00 |
|  | Chase - Cc Attention: Banktruptcy Department Po Box 100018 Kennesaw, GA 30156 |  | 1,244.00 | NA | NA | 0.00 |
|  | Chase Bank Attention: Banktruptcy Department P.O. Box 100018 Kennesaw, GA 30156 |  | 12,198.00 | NA | NA | 0.00 |
|  | Citibank USA Attn.: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 |  | 247.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management Cont 2707 Rapids Dr. Racine, WI 53404 | | 26.00 | NA | NA | 0.00 |
| | Direct Merchants Bank Card Member Services - GSC P.O. Box 5246 Carol Stream, IL 60197 | | 50.00 | NA | NA | 0.00 |
| | Gemb/GE Money Loc Attn: Bankruptcy P.O. Box 103106 Roswell, GA 30076 | | 8,693.00 | NA | NA | 0.00 |
| | Household Mortgage Services P.O. Box 9068 Brandon, FL 33509 | | 392.00 | NA | NA | 0.00 |
| | HSBC/ RS 90 Christiana Rd. New Castle, DE 19720 | | 100.00 | NA | NA | 0.00 |
| | HSBC/Orchard Bank Attn: Bankruptcy P.O. Box 5253 Carol Stream, IL 60197 | | 50.00 | NA | NA | 0.00 |
| | JC Penney Attention: Bankruptcy Department P.O. Box 103106 Roswell, GA 30076 | | 181.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lane Bryant Catalog/so 450 Winks Lane Bensalem, PA 19020 | | 100.00 | NA | NA | 0.00 |
| | Medical Business Bureau 1460 Renaissance Dr. Park Ridge, IL 60068 | | 190.00 | NA | NA | 0.00 |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | 100.00 | NA | NA | 0.00 |
| | Sam's Club Attention: Bankruptcy Department P.O. Box 103104 Roswell, GA 30076 | | 774.50 | NA | NA | 0.00 |
| | Universal/Citibank Attn.: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | 100.00 | NA | NA | 0.00 |
| | Vsps/cbsd P.O. Box 6497 Sioux Falls, SD 57117 | | 100.00 | NA | NA | 0.00 |
| | Wfnnb/Silhouettes P.O. Box 2974 Shawnee Mission, KS 66201 | | 92.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 907.09 | 907.09 | 907.09 |

Case 12-23440    Doc 35    Filed 03/15/17    Entered 03/15/17 15:13:02    Desc Main
Document      Page 8 of 12

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | East Bay Funding, Llc Its Successors And Assigns | 7200-000 | NA | 8,144.36 | 8,144.36 | 4,309.51 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 48,652.50 | $ 9,051.45 | $ 9,051.45 | $ 5,216.60 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-23440 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Carmen Kinsey | | | | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| | | | | | 341(a) Meeting Date: | 08/13/2012 |
| For Period Ending: | 02/24/2017 | | | | Claims Bar Date: | 09/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 6013 Elm Lane Matteson, Il 60443 | 82,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 40.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Chase Bank Chicago, Il | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods & Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. The Hartford Retirement Plan Roseland Community Hospital An | 12,931.38 | 0.00 | | 0.00 | FA |
| 7. Metlife P.O. Box 990079 Hartford, Ct  06199-0079 | 36,092.14 | 0.00 | | 0.00 | FA |
| 8. American United Life Insurance Company Indianapolis, In 4620 | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Chevrolet Truck Trailblazer-V6 Mileage = 114,000 | 4,579.00 | 0.00 | | 0.00 | FA |
| 10. Ladies 14KYLG Diamond Engagement Ring, Tiffany Mount (u) | 5,625.00 | 5,625.00 | | 6,645.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $142,517.52 | $5,625.00 | | $6,645.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/2017 Distribution checks mailed

12/2016 TFR filed

Exhibit 8

9/2016 Status hearing on case set for 1/25/17

6/2016 Trustee filed asset report; Trustee collected insurance proceeds in the amount of $6,645; waiting for bar date to pass

3/2016 Trustee withdrew NDR filed 8/17/12

11/2015 Case reopened per order of Court dated 11/18/15

10/2015 Debtor filed pro se motion to reopen case to amend Schedule B

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-23440 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Carmen Kinsey | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6222 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5383 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/24/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | 10 | Country Muutal Insurance Company<br>P.O. Box 2100<br>Bloomington, IL 61702-2100 | Insurance proceeds from claim | 1229-000 | $6,645.00 | | $6,645.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,635.00 |
| 01/30/17 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,414.50 | $5,220.50 |
| 01/30/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.90 | $5,216.60 |
| 01/30/17 | 1003 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $907.09 | $4,309.51 |
| 01/30/17 | 1004 | East Bay Funding, Llc Its Successors And Assigns<br>As Assignee Of Roundup Funding L.L.C.<br>Resurgent Capital Services<br>Po Box 288<br>Greenville, Sc 29603-0587 | Final distribution to claim 2 representing a payment of 52.91 % per court order. | 7200-000 | | $4,309.51 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $6,645.00 | $6,645.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,645.00 | $6,645.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,645.00 | $6,645.00 |

Page Subtotals:               $6,645.00        $6,645.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6222 - Checking | $6,645.00 | $6,645.00 | $0.00 |
| | $6,645.00 | $6,645.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,645.00 |
| Total Gross Receipts: | $6,645.00 |

Page Subtotals:    $0.00    $0.00